IN THE MATTER OF UNIVERSITY OF MEDICINE AND DENTIST-
RY OF NEW JERSEY, RESPONDENT, AND UNIVERSITY OF
MEDICINE AND DENTISTRY OF NEW JERSEY COUNCIL OF
AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS
CHAPTERS, APPELLANT.

IN THE MATTER OF STATE OF NEW JERSEY, RESPONDENT,
AND COUNCIL OF NEW JERSEY STATE COLLEGE LOCALS,
AFT, AFL–CIO, APPELLANT.

Argued January 30, 1989—Decided April 19, 1989.

*George W. Canellis* argued the cause for appellant Council of
New Jersey College Locals (*Dwyer & Canellis,* attorneys).

*Mark D. Schorr* argued the cause for appellant University of
Medicine and Dentistry of New Jersey Council of American
Association of University Professors Chapters (*Hannoch Weis-
man,* attorneys).

*Robert E. Anderson,* General Counsel, argued the cause on
behalf of Public Employment Relations Commission.

*Melvin E. Mounts,* Deputy Attorney General, argued the
cause for respondent University of Medicine and Dentistry of
New Jersey and the State of New Jersey (*Donald R. Belsole,*
Acting Attorney General of New Jersey, attorney; *James J.
Ciancia,* Assistant Attorney General, of counsel; *Melvin E.
Mounts* and *Barbara A. Harned,* Deputy Attorney General, on
the brief).

PER CURIAM.

We affirm the judgment substantially for the reasons ex-
pressed in the opinion of the Appellate Division reported at 223
*N.J.Super.* 323 (1988). We intimate no view concerning the
Appellate Division's reference, *id.* at 336, to dictum in *Boylan*

*v. State,* 222 *N.J.Super.* 313 (App.Div.), certif. granted, 111 *N.J.* 648 (1988).

*For affirmance*—Chief Justice WILENTZ and Justices CLIFFORD, HANDLER, POLLOCK, O'HERN, GARIBALDI, and STEIN—7.

*For reversal*—None.